IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CLINTON PARKISON**                                                                                     PLAINTIFFS

v.                              Case No. 4:11-cv-265-DPM

HALLIBURTON ENERGY SERVICES,
INC.; CHESAPEAKE ENERGY CORP.;
CHESAPEAKE OPERATING, INC.;
CEHSAPEAKE MIDSTREAM OPERATING,
LLC; CHESAPEAKE MIDSTREAM GAS
SERVICES, LLC; CHESAPEAKE EXPLORATION,
LLC; CHESAPEAKE ENERGY MARKETING,
INC.; NOMAC DRILLING, LLC; GREAT
PLAINS OILFIELD RENTAL, LLC;
EXPRESS ENERGY SERVICES ARK, LP;
EXPRESS ENERGY SERVICES GP, LLC;
EXPRESS ENERGY SERVICES OPERATING,
LP; and JOHN DOES 1-10                                                                                    DEFENDANTS

ORDER

Parkison's claims against the Express Energy Defendants* run afoul of the automatic stay because those companies are in bankruptcy. Those claims are therefore dismissed without prejudice for lack of subject matter jurisdiction. Parkison may move to amend and reassert those claims if he

---

*Express Energy Services Ark, LP; Express Energy Services GP, LLC; and Express Energy Services Operating, LP

succeeds in getting relief from the stay in the bankruptcy court. Motion to dismiss, *Document No. 9*, granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 July 2011