IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CLINTON PARKISON**                                                                 PLAINTIFF

v.                             No. 4:11-cv-265-DPM

HALLIBURTON ENERGY SERVICES,
INC.; CHESAPEAKE ENERGY CORP.;
CHESAPEAKE OPERATING, INC.;
CHESAPEAKE MIDSTREAM OPERATING,
LLC; CHESAPEAKE MIDSTREAM GAS
SERVICES, LLC; CHESAPEAKE EXPLORATION,
LLC; CHESAPEAKE ENERGY MARKETING,
INC.; GREAT PLAINS OILFIELD RENTAL, LLC;
and JOHN DOES 1–10                                                              DEFENDANTS

ORDER

Parkison's unopposed motion to dismiss Halliburton Energy Services, Inc., № 74, is granted. FED. R. CIV. P. 41(a)(2). All claims against Halliburton Energy Services, Inc., are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 September 2013