IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLINTON PARKISON                                                                    PLAINTIFF

v.                                        No. 4:11-cv-265-DPM

CHESAPEAKE ENERGY CORP.;
CHESAPEAKE OPERATING INC.:
CHESAPEAKE MIDSTREAM OPERATING
LLC; CHESAPEAKE MIDSTREAM GAS
SERVICES LLC; CHESAPEAKE EXPLORATION
LLC; CHESAPEAKE ENERGY MARKETING INC.;
GREAT PLAINS OILFIELD RENTAL LLC; and JOHN
DOE, 1-10                                                                           DEFENDANTS

EAGLE PRECISION PRODUCTS, Employer and
ARGONAUT INSURANCE CO., Carrier                                                     INTERVENORS

ORDER

For the reasons stated on the record at the 10 March 2014 pre-trial conference, the Court rules as follows on the parties pending motions.

- Parkison's omnibus motion *in limine*, № 93, is granted in part and denied in part on a point-by-point basis as explained.

- Parkison's motion to exclude Dr. Earl Peeples's testimony, № 94, is denied.

- Parkison's motion to exclude Dr. Shane McAlister's testimony, № 96, is denied.

- Parkison's motion to exclude Victoria Powell's testimony, № 98, is denied.

- Defendants' omnibus motion, № 102, granted in part and denied in part on a point-by-point basis as explained.

- Defendants' motion to exclude Dr. Richard Bonfiglio's testimony, № 103, is denied.

- Defendants' motion to exclude Archie Burnham's testimony, № 105, is denied.

- Defendants' motion to exclude certain emails, including emails regarding the follow-up pin inspection and the driver checklist, № 107, is granted in part and denied in part.

- Defendants' motion to exclude Dr. Michael Foley's SPECT scans, № 109, is denied.

- Parkison's motion to strike Jeromy Jinks's testimony, № 129, is denied.

- Parkison's motion to compel, № 132, is withdrawn.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 March 2014