IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLINTON PARKISON                                                                PLAINTIFF

v.                                    No. 4:11-cv-265-DPM

CHESAPEAKE ENERGY CORP.;
CHESAPEAKE OPERATING INC.;
and GREAT PLAINS OILFIELD RENTAL
LLC                                                                             DEFENDANTS

EAGLE PRECISION PRODUCTS, Employer and
ARGONAUT INSURANCE CO., Carrier                                                 INTERVENORS

ORDER

The Court appreciates the parties' work on jury instructions. Attached are the 14 March 2014 working drafts of the preliminary instructions, the final instructions, and the verdict form. Please be prepared to address all these drafts (especially the preliminary instructions) first thing Monday morning. The pretrial conference will begin at 8:30 a.m. in Courtroom 1A, and voir dire should begin around 9:30 a.m.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 March 2014