IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLINTON PARKISON                                                      PLAINTIFF

v.                           No. 4:11-cv-265-DPM

CHESAPEAKE ENERGY CORP.;
CHESAPEAKE OPERATING INC.;
and GREAT PLAINS OILFIELD RENTAL
LLC                                                                   DEFENDANTS

EAGLE PRECISION PRODUCTS, Employer and
ARGONAUT INSURANCE CO., Carrier                                       INTERVENORS

ORDER

1. For the reasons stated on the record on 19 March 2014, Parkison's unopposed motion for a mistrial is granted. The trial is reset first out for 11 August 2014 at 9:30 a.m.

2. For the reasons also stated on the record, the Court orders all the parties to participate in a settlement conference before Magistrate Judge Volpe sometime in May 2014 at his and the parties' convenience. All parties, including Intervenors Eagle Precision Products and Argonaut Insurance Co., must attend. Company and carrier representatives with authority to decide and act must be present.

**3.** In the meantime, Parkison and Chesapeake should keep working on the video depositions. The completed videos and transcripts — pared down as discussed — should be exchanged for review by 16 June 2014. Joint status report on any remaining evidentiary issues, and including necessary attachments, due by 30 June 2014. The report should also list the length in hours and minutes of each video deposition, as well as the expected length of Parkison's examination of all live witnesses in his case in chief.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 March 2014