IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLINTON PARKISON                                                          PLAINTIFF

v.                            No. 4:11-cv-265-DPM

CHESAPEAKE ENERGY CORP.;
CHESAPEAKE OPERATING INC.;
and GREAT PLAINS OILFIELD
RENTAL LLC                                                               DEFENDANTS

EAGLE PRECISION PRODUCTS, Employer and
ARGONAUT INSURANCE CO., Carrier                                          INTERVENORS

ORDER

1. Unopposed motion to dismiss, № 159, granted. Parkison's claims against Chesapeake Energy Corp., Chesapeake Operating Inc., and Great Plains Oilfield Rental LLC are dismissed with prejudice.

2. Status report, № 160, noted. A one-day bench trial on the intervenor's third-party complaint will proceed at 8:30 a.m. on 13 August 2014 in Courtroom B155. Pretrial information sheets, witness lists, and exhibit lists due by 4 August 2014. A complete set of all exhibits is due in chambers by 8 August 2014. There will be no continuance of the trial date. There will be no extension of any of these deadlines.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 July 2014