## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CLINTON PARKISON**                                                                    **PLAINTIFF**

**v.**                               **No. 4:11-cv-265-DPM**

**HALLIBURTON ENERGY SERVICES INC.;**
**CHESAPEAKE ENERGY CORP.;**
**CHESAPEAKE OPERATING INC.:**
**CHESAPEAKE MIDSTREAM OPERATING**
**LLC; CHESAPEAKE MIDSTREAM GAS**
**SERVICES LLC; CHESAPEAKE EXPLORATION**
**LLC; CHESAPEAKE ENERGY MARKETING**
**INC.; NOMAC DRILLING LLC; GREAT PLAINS**
**OILFIELD RENTAL LLC; EXPRESS ENERGY**
**SERVICES ARK. LP.; EXPRESS ENERGY**
**SERVICES GP LLC; EXPRESS ENERGY SERVICES**
**OPERATING LP; and JOHN DOES, 1-10**                           **DEFENDANTS**

**EAGLE PRECISION PRODUCTS, Employer, and**
**ARGONAUT INSURANCE CO., Carrier**                              **INTERVENORS**

### ORDER

The Court appreciates the parties' notice.  The unopposed motion to dismiss Eagle Precision Products and Argonaut Insurance Co.'s complaint in intervention, *№ 167,* is granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

__8 August 2014__