IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLINTON PARKISON                                                            PLAINTIFF

v.                            No. 4:11-cv-265-DPM

HALLIBURTON ENERGY SERVICES INC.;
CHESAPEAKE ENERGY CORP.;
CHESAPEAKE OPERATING INC.:
CHESAPEAKE MIDSTREAM OPERATING
LLC; CHESAPEAKE MIDSTREAM GAS
SERVICES LLC; CHESAPEAKE EXPLORATION
LLC; CHESAPEAKE ENERGY MARKETING
INC.; NOMAC DRILLING LLC; GREAT PLAINS
OILFIELD RENTAL LLC; EXPRESS ENERGY
SERVICES ARK. LP.; EXPRESS ENERGY
SERVICES GP LLC; EXPRESS ENERGY SERVICES
OPERATING LP; and JOHN DOES, 1-10                                  DEFENDANTS

EAGLE PRECISION PRODUCTS, Employer, and
ARGONAUT INSURANCE CO., Carrier                                    INTERVENORS

JUDGMENT

Parkison's claims against Express Energy Services Ark. LP, Express Energy Services GP, LLC, Express Energy Services Operating, LP, Nomac Drilling LLC, Halliburton Energy Services, Inc., Chesapeake Midstream Operating LLC, Chesapeake Midstream Gas Services LLC, Chesapeake Exploration LLC, Chesapeake Energy Marketing Inc., and the John Doe defendants are dismissed without prejudice. № 53, 65, 75, & 139.

Parkison's claims against Chesapeake Energy Corp., Chesapeake Operating, Inc., and Great Plains Oilfield Rental LLC are dismissed with prejudice. № 160. Eagle Precision Products and Argonaut Insurance Co.'s complaint in intervention against Parkison is dismissed with prejudice. № 168.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 August 2014